31 A.3d 654

David LUSICK, Petitioner

v.

Judge Joan SULLIVAN, Respondent.

No. 69 EM 2011.

Supreme Court of Pennsylvania.

Nov. 3, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of November, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

31 A.3d 655

Frederick EVANS, Petitioner

v.

Michael WENEROWICZ, Superintendent of State Correctional Institution Graterford; Tom Rowlands, Records Supervisor at State Correctional Institution Graterford, Respondents.

No. 71 EM 2011.

Supreme Court of Pennsylvania.

Nov. 3, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of November, 2011, the Application for Extraordinary Relief and the "Motion to Consolidate Appeals for Briefing" are **DENIED.**